Larry Swartzbaugh, appellant, v. Diversified Health Services of Nebraska, Inc., appellee.

450 N.W.2d 660

Filed January 26, 1990.   No. 88-186.

Dean F. Suing and David A. Castello, of Katskee & Henatsch, for appellant.

John P. Fahey, of Broom, Johnson, Fahey & Clarkson, for appellee.

Hastings, C.J., Boslaugh, White, Caporale, Shanahan, Grant, and Fahrnbruch, JJ.

Per Curiam.

Having considered the record, briefs, and recommendation of the Appellate Division of the District Court, we reverse the judgment of the district court because of an erroneous finding of fact and conclusion of law, and we remand the cause with directions to sustain plaintiff's motion for partial summary

judgment and for further proceedings to determine the amount of the renewal commissions due.

REVERSED AND REMANDED WITH DIRECTIONS.